**Order filed August 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00528-CV
_____

### IN RE GERALD LEE RICKS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 07-FD-1547**

## ORDER

On June 17, 2013, relator, filed a petition for writ of mandamus in this Court. *See* Tex. Gov=t Code Ann. ' 22.221. Relator asked this Court to order The Honorable Christopher Dupuy, Judge of County Court No. 3, Galveston County, Texas, to rule on his motion for enforcement of the judgment entered in trial court cause number 07-FD-1547, styled *In the Matter of the Marriage of Eletha Lachon Ricks v. Gerald Lee Ricks*.

Because respondent has been removed from the bench, on June 20, 2013, we abated this proceeding for thirty days to permit a new judge or visiting judge

assigned to the underlying case to rule on relator's motion. On July 31, 2013, relator filed a motion to reinstate. The motion asserts no action has been taken.

We therefore direct the Honorable Kerri Foley, presiding judge of County Court No. 3, Galveston County, Texas, to advise this court of the action, if any, taken on the motion for enforcement at issue in this proceeding **on or before August 29, 2013**.

PER CURIAM